United States District Court
Southern District of Texas
**ENTERED**
January 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEYLIN W. ALFORD, (TDCJ #01980499) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-0410 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** with prejudice as time-barred.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on  JAN 2 5 2018  .

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE